# IN THE UNITED STATES DISTRICT COURT FOR
# THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KELLOGG BROWN & ROOT SERVICES, ) <br> INC., *et al*., ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:12-cv-04110-SLD-JAG |

### DEFENDANTS' MOTION FOR LEAVE OF COURT TO REPLY TO GOVERNMENT'S OPPOSITION TO KBR'S MOTION TO DISMISS COMPLAINT

Defendants Kellogg Brown & Root Services, Inc. and Kellogg Brown & Root, LLC (collectively, "KBR") hereby respectfully ask leave to file the attached memorandum to respond to fundamental misstatements of key principles of government contracting law and regulation raised in the Government's Opposition to KBR's Motion to Dismiss the Complaint. (Dkt. 26.) Primarily, the Government's Opposition mischaracterizes the fact that Subcontract 11 is a subcontract for commercial items as a "red herring," (Dkt. 26 at 17), when in fact commercial items are statutorily excluded from the regulatory requirements of FAR Part 31 that are the basis of the Government's allegations. Because an accurate interpretation of the complex legal issues at issue in this case is necessary, KBR believes its reply will be helpful to the Court's disposition of the Motion to Dismiss. *Shefts v. Petrakis*, No. 10-cv-1104, 2011 WL 5930469 at *8 (C.D. Ill. Nov. 29, 2011).

A Proposed Order granting this motion is attached.

        Respectfully submitted,


          s/ Jan Paul Miller
        Jan Paul Miller
        Thompson Coburn LLP
        One US Bank Plaza
        St. Louis, MO 63101-1693
        (314) 552-6365
        (314) 552-7365 (facsimile)
        jmiller@thompsoncoburn.com

        *Attorney for Defendants Kellogg Brown & Root Services, Inc. and Kellogg Brown & Root, LLC*

Of Counsel

Craig D. Margolis
cmargolis@velaw.com
Amy L. Riella
ariella@velaw.com
Kathryn Bridget Codd
kcodd@velaw.com
Christine N. Roushdy
croushdy@velaw.com
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037-1701
(202) 639-6500
(202) 639-6604 (facsimile)

June 12, 2013

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that a copy of the foregoing has been served upon the following attorneys of record in this case on this the 12th day of June, 2013 via the Court's electronic filing system:

    Michael D. Granston
    Judith Rabinowitz
    John A. Kolar
    Russell B. Kinner
    Attorneys, Civil Division
    U.S. Department of Justice
    Commercial Litigation Branch
    P.O. Box 261 Ben Franklin Station
    Washington, D.C. 20044
    Telephone: 202-307-1089
    Facsimile: 202-514-7361

    *Attorneys for the United States of America*

                                                             /s/ Jan Paul Miller