E-FILED
Monday, 16 March, 2015  05:27:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12-cv-04110-SLD-JEH |
| KELLOGG BROWN & ROOT SERVICES, INC., et al., | ) |
| Defendants. | ) |

**[REVISED] ORDER GRANTING THE UNITED STATES'
APPLICATION FOR THE ISSUANCE
OF LETTERS OF REQUEST PURSUANT TO THE HAGUE CONVENTION
OF MARCH 18, 1970 ON THE TAKING OF EVIDENCE ABROAD IN
CIVIL OR COMMERCIAL MATTERS**

Upon consideration of the United States' application for the issuance of letters of request pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, it is hereby ORDERED that the Application is GRANTED. It is further ORDERED that:

1. Upon the Court's signing of the Letters of Request, the Clerk of Court shall provide the signed originals to counsel for the United States, who shall have the Letters of Request translated into Arabic and then returned to the Clerk of Court for transmission of the Arabic and English language versions to the Kuwaiti Central Authority.

/s/ Jonathan E. Hawley

United States Magistrate Judge